CATHERINE BATEMAN et al., Respondents, *v.* FRANCES GREEN, Appellant.

Submitted May 26, 1939; decided June 19, 1939.

*John F. Mulvey* and *William J. Tropp* for appellant.

*Irving I. Erdheim* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.